UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Ricky Wayne Schwalk | ) Case Number: 17-14709-JDL |
| Destiny Kay Schwalk, | ) |
| | ) Chapter 13 |
| Debtors. | ) |

**AMENDED NOTICE OF HEARING**

You are hereby notified that a hearing on the Motion for Relief the Automatic Stay filed by creditor is set for hearing on the 8th day of January, 2019 at 9:45 a.m. before the Honorable Judge Janice D. Loyd, 2nd Floor Courtroom, US Bankruptcy Court, 215 Dean A. McGee, Oklahoma City, Oklahoma.

/s/ Anna L. Self
Anna L. Self, OBA #14575
8100 South Pennsylvania, Suite B
Oklahoma City, Oklahoma 73159
Telephone: (405) 631-5995
Facsimile: (405) 212-5034
Anna@AnnaSelfLaw.com

Attorney for Debtor(s)

**CERTIFICATE OF SERVICE**

This hereby certify that on the 19th day of December 2018 copies of the above referenced document were forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the following a the addresses listed below:

- Ricky and Destiny Schwalk, 11609 Delphi Court, Yukon, OK 73099

/s/ Anna L. Self